## William T. HENDRICKSON, Patricia Hendrickson, Plaintiffs-Appellants

v.

## UNITED STATES, Defendant-Appellee

### 2017-1996

United States Court of Appeals, Federal Circuit.

March 9, 2018

STEPHEN G. SCHWARZ, Faraci Lange, LLP, Rochester, NY, argued for plaintiffs-appellants.

MOLLIE LENORE FINNAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

(O'Malley, Schall, and Wallach, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**